1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  CALIFORNIA DEPARTMENT OF
    TOXIC SUBSTANCES CONTROL,

12          Plaintiff,              CIV-S-02-0018 GEB/JFM/GGH

13      vs.

14  BRIGHTON OIL COMPANY, et al.,

15          Defendants.            ORDER
    _____/

16

17          The undersigned sets a status conference for June 9, 2005 at 1:30 p.m. in

18  Courtroom 24 for all defendants of whatever status, i.e., direct defendant or third party, who are

19  participating in the settlement process.  The purpose of the conference is to set deadlines for the

20  completion of Phase I.  Included within the discussion will be the timetable for acquiring DTSC

21  input into the completion of Phase I, as well as the role of the settlement expert in acquiring that

22  input.

23  \\\\\

24  \\\\\

25  \\\\\

26  \\\\\

1

1    The undersigned has set the above date with the hope that all can attend; however,

2 if the date is unavailable for the majority of defendants' counsel, and a more convenient date can

3 be set, the undersigned will reset the conference.

4    The court's records show that not all counsel involved in this action have

5 registered for electronic filing.  If such counsel desire to remain on the service list, they shall

6 register forthwith.

7 DATED: 5/9/05

/s/ Gregory G. Hollows

8 _____

GREGORY G. HOLLOWS
9 UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
10 brighton.sc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26