1  SHERRI M. KIRK, State Bar No. 085804
   DENNIS J. PRIOLO, State Bar No. 176442
2  JEAN C. FUNG, State Bar No. 181660
   **THE KIRK LAW FIRM**
3  455 Capitol Mall, Suite 605
   Sacramento, California 95814-4439
4  Telephone: (916) 609-1400
   Telecopier: (916) 609-1409
5
   Attorneys for Defendant, Cross-Defendant, Counterclaimant, and Cross-Complainant Sacramento
6  Municipal Utility District

7

8

9                    UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA
10

11 CALIFORNIA DEPARTMENT OF          ) Case No.  CIV-S-02-0018 GEB  JFM
   TOXIC SUBSTANCES CONTROL,         )
                                     ) **STIPULATION AND ORDER RE:**
12             Plaintiff,            ) **VOLUNTARY DISMISSAL OF**
                                     ) **CROSS-DEFENDANT**
13 v.                                ) **McDONNELL DOUGLAS**
                                     ) **CORPORATION BY DEFENDANT**
14 BRIGHTON OIL CO., a California limited ) **AND CROSS-COMPLAINANT**
   partnership, et al.               ) **SACRAMENTO MUNICIPAL**
                                     ) **UTILITY DISTRICT**
15                                   )
               Defendants.          )
16                                   )
                                     )
17 ————————————————————             )
                                     )
   AND RELATED COUNTERCLAIMS,        )
18 CROSS-CLAIMS AND THIRD-PARTY      )
   ACTIONS                           )
19 ————————————————————

                     **STIPULATION**
20

21        It is hereby stipulated between Defendant, Cross-Defendant, Counterclaimant, and

22 Cross-Complainant Sacramento Municipal Utility District (hereinafter "SMUD") and Cross-

   Defendant McDonnell Douglas Corporation, by and through their respective counsel, that
23
   SMUD's cross-claims against McDonnell Douglas Corporation are dismissed without prejudice.
24
   This stipulation does not affect SMUD's cross-claims against any other defendant.
25
          Said parties further agree that Cross-Defendant McDonnell Douglas Corporation
26

27

28

FILED

MAY 1 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1   'waives all claims for any and all costs and/or fees (including but not limited to attorney's fees) it

2   may have against SMUD related to SMUD's cross-claims.

3   DATED: May 4, 2005                          THE KIRK LAW FIRM

4

5                                               By: _____
                                                    Jean C. Fung
6                                               Attorneys for Defendant, Cross-Defendant,
                                                Counterclaimant, and Cross-Complainant
7                                               Sacramento Municipal Utility District

8   DATED: May 4, 2005                          WESTON, BENSHOOF, et al.

9

10                                              By: _____
                                                    Michele Powers
11                                              Attorneys for Cross-Defendant ~~Boeing Corporation~~
                                                ~~as successor to~~ McDonnell Douglas Corporation

12

13

14                                     ORDER

15

16  IT IS SO ORDERED.

17  DATED: May 18, 2005

18                                              _____
                                                JUDGE GARLAND E. BURRELL, JR.
19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

3

       I am employed in the County of Sacramento, State of California, I am over the age of 18 and
4  not a party to the within action; my business address is 455 Capitol Mall, Suite 605, Sacramento, California 95814.

5

       On May 12, 2005, I served the foregoing document described as:

6

**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF CROSS-DEFENDANT**
7  **MCDONNELL DOUGLAS CORPORATION BY DEFENDANT CROSS-COMPLAINT**
**SACRAMENTO MUNICIPAL UTILITY DISTRICT**

8

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope
9  addressed as follows:

10

### SEE ATTACHED SERVICE LIST

11

  **X** BY MAIL:   I am "readily familiar" with the firm's practice of collection and processing
12  correspondence for mailing.  Under that practice, it would be deposited with the U.S. postal service on
that same day with postage fully prepaid at Sacramento, California in the ordinary course of business.  I
13  am aware that on motion of the party served, service is presumed invalid if the postal cancellation date
or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

14

  **X** (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that
15  the foregoing is true and correct.

16

       Executed May 12, 2005, at Sacramento, California

17

18       _____Kerri D. Herndon_____
         (Type or Print Name)            Signature
19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE