UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHTON OIL CO., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS | CASE NO. **CIV-S-02-0018 GEB JFM**<br><br>**ORDER REGARDING BRIGHTON OIL JOINT INVESTIGATION MEETING ON SEPTEMBER 23, 2005** |

On September 9, 2005, the Oversight Committee sent a request to the parties under section 3(c) of the Brighton Oil Joint Investigation Funding Agreement requesting an additional assessment based on the estimate provided by the Clayton Group in the amount of $418,692, for further work to be conducted on behalf of the Brighton Oil Joint Investigation Group. The Oversight Committee requested that authorization be provided by the parties by September 20, 2005, so that the work could proceed. Under the terms of the Funding Agreement, the Court is allowed to approve additional funding up to $500,000 and to compel the funding parties to contribute their per capita share of that amount. The Court has approved additional funding in the amount of $201,111.15, pursuant to the participating

1  parties' original commitment to pay $500,000. The amount of $62,018, over and above the
2  $500,000, is now being requested.
3       The Court has determined that a hearing shall be held in this matter on September 23,
4  2005, at 3 p.m., for the following participants:
5   1. All parties must attend if two-thirds of the funding parties have not approved the
6      funding increase by September 20, 2005;
7   2. The defendants who own the three parcels of property involved in the investigative
8      process (Mid-Valley Development, Ravind Shankar, Sharon Stone, and Charles
9      Kester) must attend the conference to discuss the submittal of the California
10     Hazardous Waste permanent ID number applications for each of the three parcels of
11     property involved and the generator status associated with waste manifests. The
12     purpose of this meeting is to obtain consent from the property owners to submit the
13     California Hazardous Waste permanent ID number applications, which are attached to
14     this order and to obtain agreement that the property owners will execute waste
15     manifests as a generator relative to the work being performed.
16      The Clerk is ordered to serve this Order and the attached California Hazardous Waste
17 permanent ID applications on defendants Charles Kester, Sharon Stone, and Ravind Shankar
18 by mail at the following addresses:

**Ravind Shankar**
**4080 73rd Street**
**Sacramento, CA 95820**

**Sharon L. Stone**
**P.O. Box 513**
**Vallejo, CA 94590**

**Charles Kester**
**3539 Edison Avenue, #6**
**Sacramento, CA 95821**

///

///

- 2 -

1  In addition, an issue has been raised about third-party owners refusing to grant access
2  to their properties for the further work. The Court will consider and discuss this issue at the
3  hearing.

4  DATED: Sept. 19, 2005

   /s/ Gregory G. Hollows
   **GREGORY G. HOLLOWS**
   _____
   GREGORY G. HOLLOWS
   UNITED STATES MAGISTRATE JUDGE

- 3 -