1  Jill A. Tracy (SBN 182136)
   UNOCAL CORPORATION
2  Hartley Center, Rm. AD-335
   376 S. Valencia Avenue
3  Brea, CA 92823
4  Telephone: (714) 577-3542
   Facsimile: (714) 985-7542
5
   Attorneys for Third-Party Defendant
6  Union Oil Company of California
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | CASE NO. CIV.S-02-0018 GEB JFM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEYS** |
| v. | |
| BRIGHTON OIL CO., et al., | |
| Defendants. | |
| AND RELATED CROSS-CLAIMS AND COUNTERCLAIMS | |

        PLEASE TAKE NOTICE that, pursuant to Eastern District Local Rule 83-182(g), Third-Party Defendant Union Oil Company of California hereby substitutes Robert C. Goodman, Law Offices of Robert C. Goodman, 177 Post Street, Suite 750, San Francisco, California 94108, telephone: 415-777-2210, facsimile: 415-777-2215, email: rgoodman@rcg-law.com, as attorneys of record in the place and stead of Jill A. Tracy of Unocal Corporation.

///

///

///

_____
Case No. CIV.S-02-0018 GEB JFM
SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS

1  I authorize the above substitution:

2

3  DATED: September ___, 2005                    UNION OIL COMPANY OF CALIFORNIA

4

5                                                By: _____/s/_____

6

7  I consent to the above substitution:

8

9  DATED: September ___, 2005                    UNION OIL COMPANY OF CALIFORNIA

10

11
                                                  By: _____/s/_____
12                                                        JILL A. TRACY
                                                          Assistant Counsel
13                                                        UNOCAL CORPORATION

14  I accept the above substitution:

15

16  DATED: September ___, 2005                    LAW OFFICES OF ROBERT C. GOODMAN

17

18                                                By:_____/s/_____
                                                          ROBERT C. GOODMAN
19                                                        Attorneys for Chevron U.S.A. Inc., Texaco
                                                          Inc. and Union Oil Company of California
20

21  **IT IS SO ORDERED.**

22  DATED: September 20, 2005                    /s/ Garland E. Burrell, Jr.
                                                  GARLAND E. BURRELL, JR.
23                                                United States District Judge

24

25

26
_____
Case No. CIV.S-02-0018 GEB JFM
SUBSTITUTION OF ATTORNEYS; ORDER APPROVING SUBSTITUTION OF ATTORNEYS