UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>  v.<br><br>BRIGHTON OIL CO., et al.,<br><br>    Defendants.<br>_____<br><br>AND RELATED COUNTER-CLAIMS AND CROSS-CLAIMS<br>_____ | CASE NO. **CIV-S-02-0018 GEB JFM**<br><br>**ORDER REGARDING ADDITIONAL ASSESSMENT UNDER ORDER OF SETTLEMENT PROCESS – FINAL, ISSUED ON NOVEMBER 4, 2003, AND SECTION 3(C) OF THE BRIGHTON OIL JOINT INVESTIGATION FUNDING AGREEMENT** |

  On September 9, 2005, the Oversight Committee sent a request to the parties under section 3(c) of the Brighton Oil Joint Investigation Funding Agreement ("Funding Agreement") requesting an additional assessment based on the estimate provided by the Clayton Group in the amount of $418, 692, for further work to be conducted on behalf of the Brighton Oil Joint Investigation Group.  Under the terms of the Funding Agreement, the Court is allowed to approve additional funding up to $500,000 and to compel the funding parties to contribute their per capita share of that amount.  The Court has approved additional funding in the amount of $201,111.15, pursuant to the parties' original commitment to pay $500,000.

Prior to the hearing scheduled for September 23, 2005, two-thirds of the funding parties approved the additional assessment of $10,121.00 per party.

The Court now orders that the funding parties pay the additional assessment of $10,121 within 30 days of the date of this Order, except that the three pro per parties (Sharon Stone, Ravind Shankar, and Charles Kester) shall pay the additional assessment within 60 days of this Order.  Such payment shall be by check, made payable to "Brighton Oil Joint Investigation Fund" and forwarded to the following address for deposit into the fund:

>   Lori J. Gualco
>   455 Capitol Mall, Suite 210
>   Sacramento, CA  95814

The Clerk is ordered to serve this order on defendants Charles Kester, Sharon Stone, and Ravind Shankar by mail at the following addresses:

**Ravind Shankar**
**4080 73rd Street**
**Sacramento, CA  95820**

**Sharon L. Stone**
**P.O. Box 513**
**Vallejo, CA  94590**

**Charles Kester**
**3539 Edison Avenue, #6**
**Sacramento, CA  95821**

DATED: 9/27/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE