IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | |
| Plaintiff, | CIV-S-02-0018 GEB/JFM/GGH |
| vs. | |
| BRIGHTON OIL COMPANY, et al., | |
| Defendants. | ORDER |

It has come to the court's attention that defendant Mid-Valley Development has not paid the initial assessment as it had agreed and was ordered to do. Also, the issue of access to the parcel owned by Mid-Valley requires resolution. Finally, the attorney for Mid-Valley, Jeffory Scharff, has filed a notice of intent to file a motion to withdraw as counsel.

These matters require immediate attention. Therefore, both the principal officer for Mid-Valley development and its attorney, Mr. Scharff, shall personally appear in the courtroom of the undersigned on October 4, 2005 at 9:00 a.m. Failure to appear will result in sanctions, which may include a recommendation that the answer of Mid-Valley be stricken.

\\\\\

\\\\\

1

1  Any other interested party in this litigation may attend the hearing, but are not
2  required to do so.
3  DATED: 9/28/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.mid