IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

      Plaintiff,                      CIV-S-02-0018 GEB/JFM/GGH

  vs.

BRIGHTON OIL COMPANY, et al.,

      Defendants.               ORDER
_____/

        Pursuant to the court's order of September 28, 2005, Mid-Valley Development and its principal, Mr. Smith, along with attorney Jeffory Scharff, appeared before the undersigned. After an off the record discussion, it was agreed:

        1. Mr. Scharff will not be withdrawing as counsel;

        2. Mid-Valley Development will immediately pay its allotted share of the initial assessment;

        3. Mid-Valley Development will discuss a potential payment plan for the second ordered assessment with the oversight committee;

\\\\\

\\\\\

1

4. Mid Valley Development will permit access forthwith to Clayton as necessary; the issue of "generator" liability is deferred pending further discussion of the parties or resolution before the undersigned.

IT IS SO ORDERED.

DATED: 10/6/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.mid2