WARD L. BENSHOOF (State Bar No. 054987)
MICHELE A. POWERS (State Bar No. 174779)
**WESTON BENSHOOF ROCHEFORT**
  **RUBALCAVA MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

Attorneys for Third Party Defendant
McDONNELL DOUGLAS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHTON OIL CO., a California limited partnership, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: CIV S-02-0018 GEB JFM<br><br>STIPULATION AND ORDER RE DISMISSAL OF THIRD-PARTY DEFENDANT McDONNELL DOUGLAS CORPORATION BY THIRD-PARTY CROSS-COMPLAINANT PACIFIC GAS AND ELECTRIC COMPANY |

Defendant and Third-Party Cross-Complainant Pacific Gas and Electric Company and Third-Party Defendant McDonnell Douglas Corporation ("MDC"), through their undersigned attorneys, with the consent of the Court as provided below, agree as follows:

1.  Pacific Gas and Electric Company's Second Amended Cross-Complaint against MDC shall be dismissed without prejudice.

///

///

1

2. Pacific Gas and Electric Company and MDC shall each bear their own attorneys' fees and costs related to this action.

DATED: August 4, 2004

GEORGE C. LEAL
**CHAN, DOI & LEAL, LLP**

_____
George C. Leal
Attorneys for Defendant and Third-Party Cross-Complainant
PACIFIC GAS AND ELECTRIC COMPANY

DATED: August 15, 2005

WARD L. BENSHOOF
MICHELE A. POWERS
**WESTON BENSHOOF ROCHEFORT RUBALCAVA MacCUISH LLP**

_____
Michele A. Powers
Attorneys for Third-Party Defendant
MCDONNELL DOUGLAS CORPORATION

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 5, 2005 ~~August ___, 2005~~

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND ORDER RE DISMISSAL OF THIRD-PARTY
DEFENDANT BY THIRD-PARTY CROSS-COMPLAINANT

677027.1

1 **PROOF OF SERVICE**

2       I, Heather Thai, declare:

3       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

6       On August 15, 2005, I served the document(s) described as STIPULATION AND ORDER RE DISMISSAL OF THIRD-PARTY DEFENDANT McDONNELL DOUGLAS CORPORATION BY THIRD-PARTY CROSS-COMPLAINANT PACIFIC GAS & ELECTRIC on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

9       **SEE ATTACHED SERVICE LIST**

10 ☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of   ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2005, at Los Angeles, California.

*/s/ Heather Thai*
Heather Thai

677027.1

**DTSC v. BRIGHTON OIL CO., et al.**
**United States District Court, Eastern District of California**
**Case No. CIV S-02-0018 GEB JFM**

## SERVICE LIST

| | |
|---|---|
| Raissa Lerner, Esq.<br>Jamie Jefferson, Esq.<br>Department of Justice<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, California 94612-0550 | Attorney for Plaintiff<br>DTSC<br><br>Telephone: (510) 622-2254<br>Fax: (510) 622-2270<br>raissa.lerner@doj.ca.gov |
| Lori Gualco, Esq.<br>Attorney at Law<br>455 Capitol Mall, Suite 210<br>Sacramento, California 95814 | Attorney for Christine McDuffee and the Estate of Herbert S. McDuffee, Jr.<br><br>Telephone: (916) 442-6660<br>Fax: (916) 442-0145<br>ljgualco@pacbell.net |
| Robert C. Goodman, Esq.<br>Law Offices of Robert C. Goodman<br>177 Post Street, Suite 750<br>San Francisco, California 94108 | Attorneys for Defendants<br>Chevron/Texaco<br><br>Telephone: (415) 777-2210<br>Fax: (415) 777-2215<br>rgoodman@rgc-law.com |
| Benjamin Ratliff, Esq.<br>Weakley, Ratliff, Arendt, McGuire<br>1630 East Shaw Street, Suite 176<br>Fresno, California 93710 | Attorneys for City of Sacramento<br><br>Telephone: (559) 221-5256<br>Fax: (559) 221-5262<br>ben@wrlaw.com |
| Robert D. Tokunaga, Esq.<br>Supervising Deputy City Attorney<br>City of Sacramento<br>980 Ninth Street, 10th Floor<br>Sacramento, CA 95814-2736 | Attorney for City of Sacramento<br><br>Tel: (916) 264-5346<br>Fax: (916) 264-7455<br>rtokunaga@cityofsacramento.org |
| Juan Jayo, Esq.<br>Pacific Gas & Electric Company<br>P.O. Box 7442<br>San Francisco, California 94120 | Attorney for Defendant<br>Pacific Gas & Electric<br><br>Telephone: (415) 973-2193<br>Fax: (415) 973-5520 |
| Richard M. Ross, Esq.<br>Attorney at Law<br>400 Capitol Mall, Suite 900<br>Sacramento, California 95814 | Attorney for Defendant<br>R. L. Niello<br><br>Telephone: (916) 449-3908<br>Fax: (916) 442-8102<br>richross@calcounsel.com |

677027.1

| | | |
|---|---|---|
| 1 | Charles Kester<br>3902 Annadale Lane, #97<br>Sacramento, California 95821 | |
| 2 | | |
| 3 | Ravind Shankar<br>4080 73rd Street<br>Sacramento, California 95820-3521 | |
| 4 | | |
| 5 | Sharon L. Stone<br>1675 Wakefield Way<br>Sacramento, California 95822 | |
| 6 | | |
| 7 | Jeffrey J. Scharff, Esq.<br>400 Capitol Mall, Suite 1100<br>Sacramento, California 95814 | Attorney for Mid Valley Development, Inc.<br><br>Telephone: (916) 558-6138<br>Fax: (916) 443-6865<br>jscharff@pacbell.net |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Margaret A. Hendrick, Esq.<br>Christine J. Parsley, Esq.<br>Daley & Heft<br>462 Stevens Avenue, Suite 201<br>Solana Beach, California 92075-2065 | Attorneys for Defendant<br>County of Sacramento<br><br>Telephone: (858) 755-5665<br>Fax: (858) 755-7870 |
| 12 | | |
| 13 | | |
| 14 | Sherri Kirk, Esq.<br>The Kirk Law Firm<br>455 Capitol Mall, Suite 605<br>Sacramento, CA 95814 | Attorneys for Defendant<br>Sacramento Municipal Utilities District<br><br>Tel: (916) 609-1400<br>Fax: (916) 609-1409<br>smkirk@kirklawfirm.com |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Franklin Gumpert, Esq.<br>Barkett, Gumpert & Reiner<br>2862 Arden Way, Suite 101<br>Sacramento, California 95825 | Attorneys for Defendant<br>Teichert, Inc.<br><br>Tel: (916) 481-3683<br>Fax: (916) 481-3948<br>fgumpert@cwo.com |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | John A. Britton, Esq.<br>Wright & Britton<br>3001 Douglas Boulevard, Suite 350<br>Roseville, California 95661 | Attorneys for Third-Party Defendants<br>Gordon Turner Motors, John L. Sullivan Chevrolet<br><br>Telephone: (916) 781-2050<br>Fax: (916) 782-7560<br>jabritton@jps.net |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | Larry Lawton, Esq.<br>United States Air Force<br>Office of Regional Counsel<br>Western Region<br>333 Market Street, Suite 625<br>San Francisco, California 94105-2196 | Attorney for United States Air Force<br><br>Tel: (415) 977-8844<br>Fax: (415) 977-8900<br>larry.lawton@brooks.af.mil |
| 27 | | |
| 28 | | |

677027.1

| | |
|---|---|
| 1   George C. Leal, Esq.<br>    Ann M. Finneran, Esq.<br>2   CHAN, DOI & LEAL, LLP<br>    220 Montgomery Street, Suite 900<br>3   San Francisco, California 94104 | Attorneys for Pacific Gas & Electric Company<br><br>Telephone: (415) 788-8988<br>Fax: (415) 788-8990<br>gleal@chandoilaw.com |
| 4<br>5   Grant L. Kratz, Esq.<br>    United States Department of Justice<br>    Environment & Natural Resources<br>6   Division<br>    P.O. Box 23986<br>7   Washington, D.C. 20026-3986 | Attorney for United States Air Force<br><br>Telephone: (202) 514-1978<br>Fax: (202) 514-8865 |
| 8   Martin Keck, Esq.<br>    California Department of Transportation<br>9   Legal Division MS-57<br>    P.O. Box 1438<br>10  Sacramento, California 95814 | Attorney for Cal Trans<br><br>Telephone: (916) 654-2630 |
| 11  Dale Murad, Esq.<br>    AFLSA/JACE<br>12  1501 Wilson Boulevard, Suite 629<br>    Arlington, Virginia 22209<br>13 | Attorney for Unites States Air Force<br><br>Telephone: (703) 696-9166<br>Fax: (703) 696-9184 |
| 14  Jeffrey M. Hamerling<br>    Steinhart & Falconer LLP<br>15  333 Market Street, Thirty-Second Floor<br>    San Francisco, California 94105-2150<br>16 | Attorneys for Third Party Defendant Atlantic Richfield Company<br><br>Tel: (415) 777-3999<br>Fax: (415) 442-0856<br>jhamerling@steinhart.com |
| 17<br>    Patricia Keane Tegart, Esq.<br>18  Michael S. Feeley, Esq.<br>    Latham & Watkins, LLP<br>19  633 West Fifth Street, Suite 4000<br>    Los Angeles, California 90071<br>20<br>21 | Attorneys for Third Party Defendants International Truck and Engine Corporation (fka International Harvester Company)<br><br>Tel: (213) 485-1234<br>Fax: (213) 891-8763 |
| 22  Greg Lind<br>    Deputy Attorney General<br>    Office of the Attorney General<br>23  1300 I Street, Suite 125<br>    P.O. Box 944255<br>24  Sacramento, California 94244-2550 | Co-Counsel for Plaintiff DTSC<br><br>Tel: (916) 322-9294<br>Fax: (916) 322-5609<br>greg.lind@doj.ca.gov |
| 25<br>    Michael A. Leslie<br>26  Christopher Caldwell<br>    Caldwell Leslie, Newcombe & Pettit<br>27  1000 Wilshire Boulevard, Suite 600<br>    Los Angeles, CA 90017-5624<br>28 | Attorneys for Third-Party Defendant Shell Oil Company<br><br>Tel: (213) 629-9040<br>Fax: (213) 629-9022<br>leslie@clnp.com |

677027.1

| | | |
|---|---|---|
| 1 | Gregory P. O'Hara<br>Lisa A. Cole<br>Thelen Reid & Priest LLP<br>225 West Santa Clara Street, Suite 1200<br>San Jose, California 95110 | Attorneys for Third Party Defendant<br>Ingersoll-Rand Company<br><br>Tel: (408) 292-5800<br>Fax: (408) 287-8040<br>gpohara@thelenreid.com |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Robert P. Soran<br>Downey, Brand, Seymour & Rohwer LLP<br>555 Capitol Mall, Tenth Floor<br>Sacramento, California 95814 | Attorneys for Third Party Defendants<br>Exxon/Mobil Corporation; Union Oil<br>Company<br><br>Tel: (916) 441-0131<br>Fax: (916) 441-4021<br>rsoran@dbsr.com |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | M. Taylor Florence, Esq.<br>Bullivant Houser Baily, P.C.<br>11335 Gold Express Drive, Suite 105<br>Gold River, CA 95670 | Attorneys for Third Party Defendants<br>Ellsworth Harrold Co. and Suburban<br>Motors, Inc.<br><br>Telephone: (916) 852-9100<br>Fax: (916) 852-5777 |
| 10 | | |
| 11 | | |
| 12 | Phillip A. McCaleb, Esq.<br>Guthrie & McCaleb<br>3650 Auburn Boulevard, Suite B100<br>Sacramento, CA 95821 | Attorneys for Third Party Defendant<br>Sacramento Lift Truck, Inc.<br><br>Telephone: (916) 482-0832<br>Fax: (916) 482-5168<br>gmlaw@pacbell.net |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | John Briggs, Esq.<br>McDonough, Holland & Allen<br>555 Capitol Mall, Suite 950<br>Sacramento, CA 95814 | Attorneys for Third Party Defendant<br>F.B. Hart Company<br><br>Telephone: (916) 444-3900<br>Fax: (916) 444-5918<br>jbriggs@mhalaw.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Robert C. Bylsma, Esq.<br>Michael Whitcomb, Esq.<br>Union Pacific Railroad Company<br>Law Department<br>10031 Foothills Boulevard<br>Suite 200<br>Roseville, CA 95747-7101 | Attorneys for Third Party Defendant<br>Union Pacific Railroad Company<br><br>Telephone: (916) 789-6222<br>Fax: (916) 789-6227<br>rcbylsma@up.com<br>mwhitcomb@up.com |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Dorine R. Kohn, Esq.<br>Poeschl Kohn & Epstein LLP<br>825 Washington Street, Suite 301<br>Oakland, CA 94607 | Attorneys for Third Party Defendant<br>Petroleum Tank Line<br><br>Telephone: (510) 874-1330<br>Fax: (510) 874-1325<br>kohn@pkelaw.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

677027.1

| | | |
|---|---|---|
| 1 | Thomas A. Nickens, Esq.<br>942 Enterprise Drive, Suite B<br>Sacramento, CA 95825-3902 | Attorneys for Third Party Defendant<br>Jack Gordon Ford |
| 2 | | |
| 3 | | Telephone: (916) 925-4424<br>Fax: (916) 925-4787 |
| 4 | Keith D. Chidlaw, Esq.<br>Schuering Zimmerman & Scully LLP<br>400 University Avenue<br>Sacramento, CA 95825 | Attorneys for Third Party Defendant<br>E.L. Winter, Inc. fka Winter Motors |
| 5 | | |
| 6 | | Telephone: (916) 567-0400<br>Fax: (916) 568-0400<br>kdc@szs.com |
| 7 | | |
| 8 | Christina Nugent, Esq.<br>Hanson &, Bridgett<br>980 9th Street, #1500<br>Sacramento, CA 95814 | Attorney for Swift Transportation |
| 9 | | Tel: (916) 442-3333<br>Fax: (916) 442-2348 |
| 10 | William S. Bernheim, Esq.<br>Bernheim, Gutierrez, Levin & McCready<br>255 North Lincoln Street<br>Dixon, CA 95620 | Attorneys for Third Party Defendant<br>Valley Livestock Transportation Service |
| 11 | | |
| 12 | | Telephone: (707) 678-4447<br>Fax: (707) 678-0744<br>bglm@bernheimlaw.net |
| 13 | | |
| 14 | Patricia Keane Tegart, Esq.<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071 | Attorneys for Third Party Defendant<br>Consolidated Freightways Corporation |
| 15 | | Telephone: (213) 485-1234<br>Fax: (213) 891-8763 |
| 16 | | |
| 17 | Scott L. Steever, Esq.<br>Noreen M. Evans, Esq.<br>Lanahan & Reilley LLP<br>3558 Round Barn Boulevard, Suite 300<br>Santa Rosa, CA 95403 | Attorneys for Third Party Defendant<br>Capitol City Chevrolet, L.P. |
| 18 | | |
| 19 | | Telephone: (707) 524-4200<br>Fax: (707) 523-4610 |
| 20 | Lavern Grooms<br>1675 Wakefield Way<br>Sacramento, CA 95822 | |
| 21 | | |
| 22 | William Hvisten<br>Aerojet General Corporation<br>P.O. Box 13222<br>Sacramento, CA 94111 | Attorney for Aerojet General Corporation |
| 23 | | Tel: (916) 351-8524<br>Fax: (916) 355-3603<br>william.hvidsten@gencorp.com |
| 24 | | |
| 25 | Francis M. Goldsberry II<br>Melinda Guzman Moore, Esq.<br>Goldsberry Freeman Guzman & Ditora<br>777 12th Street, Suite 250<br>Sacramento, CA 95814 | Attorney for Aerojet General Corporation |
| 26 | | |
| 27 | | Tel: (916) 448-0448<br>Fax: (916) 448-8628<br>mgm@gfsaco.com |
| 28 | | |

677027.1

| | | |
|---|---|---|
| 1 | Yoshinori H.T. Himel, Esq.<br>United States Attorney | Attorney for United States Air Force |
| 2 | 501 I Street<br>Suite 10-100 | Tel: (916) 554-2700<br>Fax: (916) 554-2900 |
| 3 | Sacramento, CA 95814 | yoshinori.himel@justice.usdoj.gov |
| 4 | John F. McCarthy, Esq.<br>United States Department of Justice | Attorney for United States Air Force and<br>United States of America |
| 5 | Trial Attorney Environment and Natural<br>Resources Division | Tel: (202) 514-1978 |
| 6 | Environmental Defense Section<br>P.O. Box 23986 | Fax: (202) 514-8865<br>john.mccarthy@usdoj.gov |
| 7 | Washington, DC 20026-3986 | |
| 8 | Michael E. Vergara<br>Erica R. Arceo | Attorney for City of Roseville |
| 9 | SOMACH, SIMMONS & DUNN<br>Hall of Justice Building | Tel: (916) 446-7979<br>Fax: (916) 446-8199 |
| 10 | 813 Sixth Street, Third Floor<br>Sacramento, CA 95814 | mvergara@lawssd.com<br>earceo@lawssd.com |

677027.1