KEITH D. CHIDLAW, Bar No. 133604
SCHUERING ZIMMERMAN
  & SCULLY, LLP
400 University Avenue
Sacramento, California  95825-6502
(916) 567-0400
FAX:  568-0400

Attorneys for Defendant E.L. WINTER, INC., fka
WINTER MOTORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, ) ) ) Plaintiff, ) ) vs. ) ) BRIGHTON OIL COMPANY, et al., ) ) Defendants. ) _____ ) ) AND RELATED CROSS-CLAIMS AND ) COUNTER CLAIMS ) _____ ) | NO.  CV-CIV S-02-0018 GEB JFM  **STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF THIRD PARTY DEFENDANT E.L. WINTER, INC.** |

It is hereby stipulated by and between Defendant and Third-Party Cross-Plaintiff AEROJET-GENERAL CORPORATION and Third Party Defendant, E.L. WINTER, INC., by and through their respective counsel, who are authorized to enter into this stipulation, that AEROJET-GENERAL CORPORATION's Third Party Cross-Claims as against E.L. WINTER, INC. shall be dismissed without prejudice.

It is further agreed that AEROJET-GENERAL CORPORATION and E.L. WINTER, INC. hereby mutually waive any claim for costs or fees they may have against each other related to AEROJET-GENERAL CORPORATION's Third Party Cross-Claims.

1

STIPULATION AND ORDER RE:  VOLUNTARY DISMISSAL OF
THIRD PARTY DEFENDANT E.L. WINTER, INC.

Dated: October ___, 2005

**GOLDSBERRY, FREEMAN, GUZMAN & DITORA**

By _____
FRANCIS GOLDSBERRY, II
Attorneys for Third-Party Plaintiff,
Aerojet-General Corporation

Dated: October ___, 2005

**SCHUERING ZIMMERMAN & SCULLY, LLP**

By _____
KEITH D. CHIDLAW
Attorney for Third-Party Defendant
E.L. Winter, Inc.

**ORDER**

APPROVED AND SO ORDERED.

DATED:   November 10, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge