IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

     Plaintiff,　　　　　　　　CIV-S-02-0018 GEB/JFM/GGH

  vs.

BRIGHTON OIL COMPANY, et al.,

     Defendants.　　　　　　　　<u>ORDER</u>

/

       The court has been informed that Mid-Valley Development Inc. has not paid the second assessment as required by the Settlement Process Order.  This is not the first time that the court has been asked to rectify deficiencies in compliance with the Order and associated documents by this party.

       Mid-Valley Development Inc. is ordered to pay the second assessment in the amount of  $10,121.00 no later than February 10, 2006.  If payment has been made already, or if payment is made prior to February 10, Mid-Valley shall provide proof of payment to the court, on or before February 10, 2006.

\\\\\

\\\\\

1   Failure to comply with this order may subject Mid-Valley Development Inc. to
2 contempt of court penalties.
3 DATED: 2/3/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.mid3