IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

    Plaintiff,                    CIV-S-02-0018 GEB/JFM/GGH

    vs.

BRIGHTON OIL COMPANY, et al.,

    Defendants.             <u>ORDER</u>
_____/

        On February 3, 2006, the court ordered Mid-Valley Development Inc. to pay its second assessment by February 10, 2006, *and* to show proof of payment to the court by that same date. The court is not aware that Mid-Valley has complied with either directive.

        Mid-Valley Development Inc., through its principal officer, and its counsel are ordered to personally appear on February 24, 2006 in the courtroom of the undersigned at 9:00 a.m. to show cause why contempt should not be entered against Mid-Valley and/or its attorney. Failure to appear will occasion an arrest warrant to be issued.

DATED: 2/16/06

                                                  /s/ Gregory G. Hollows

                                                  _____
                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.mid4