IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

     Plaintiff,                 CIV-S-02-0018 GEB/JFM/GGH

    vs.

BRIGHTON OIL COMPANY, et al.,

     Defendants.          ORDER
_____/

        In that complete payment has been made by Mid-Valley Development, Inc., and good explanation for the failure to communicate has also been made, the order to show cause issued February 16, 2006, is hereby discharged.

DATED: 2/23/06

                                     /s/ Gregory G. Hollows
                                     _____
                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.oscd