1  SHERRI M. KIRK (#85804)
   STOEL RIVES LLP
2  770 L Street, Suite 800
   Sacramento, CA  95814
3  Telephone:  (916) 447-0700
   Facsimile:  (916) 447-4781
4
5  Attorneys for Defendant, Cross-Defendant and
   Counterdefendant SACRAMENTO MUNICIPAL
6  UTILITY DISTRICT
7
8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA DEPARTMENT OF TOXIC | Case No. CIV-02-0018 GEB JFM/GGH
   | SUBSTANCES CONTROL,
11 |                                | **NOTICE OF SUBSTITUTION OF**
   |         Plaintiff,             | **ATTORNEY**
12 |
   |     v.
13 |
   | ESTATE OF HERBERT S. MCDUFFEE, JR,
14 | DECEASED, *ET AL.*,
15 |         Defendants.
16
17 | AND RELATED CROSS-CLAIMS,
   | COUNTERCLAIMS AND THIRD-PARTY
   | ACTIONS
18
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

1  PLEASE TAKE NOTICE that Defendant, Cross-Defendant, and Counterdefendant
2  SACRAMENTO MUNICIPAL UTILITY DISTRICT hereby substitutes Sherri M. Kirk of Stoel
3  Rives LLP as attorney of record in the place and stead of Sherri M. Kirk of The Kirk Law Firm.
4  Respectfully submitted,
5
6  DATED: May 3, 2006                 /s/ Sherri M. Kirk
7                                      SHERRI M. KIRK
                                        The Kirk Law Firm
                                        455 Capitol Mall, Suite 605
8                                       Sacramento, CA  95814
9
10                                     I consent to this substitution.
11
12 DATED: May 3, 2006                  /s/ Arlen R. Orchard
                                        ARLEN R. ORCHARD
13                                      General Counsel
                                        SACRAMENTO MUNICIPAL
14                                      UTILITY DISTRICT
                                        6201 S Street
15                                      Sacramento, CA  95817
16
17                                     I accept this substitution.
18
19 DATED: May 3, 2006                  /s/ Sherri M. Kirk
                                        SHERRI M. KIRK
20                                      Stoel Rives LLP
                                        770 L Street, Suite 800
21                                      Sacramento, CA  95814
                                        smkirk@stoel.com
22
23 APPROVED AND SO ORDERED.
24 DATED:  May 10, 2006
                                        /s/ Garland E. Burrell, Jr.
25                                      GARLAND E. BURRELL, JR.
                                        United States District Judge
26
27
28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

NOTICE OF SUBSTITUTION OF ATTORNEY   -2-   CIV-02-0018 GEB JFM/GGH

Portlnd3-1549738.1 0099999-00006

PDF created with pdfFactory trial version www.pdffactory.com

*California Department of Toxic Substances Control v.*
*Estate of Herbert S. McDuffee, Jr., Deceased, et al., and Related Actions*

Case No. CIV-02-0018 GEB JFM/GGH

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am employed in the County of Sacramento, State of California, over the age of eighteen years and not a party to the within action; my business address is 770 L Street, Suite 800, Sacramento, California 95814.

On May 3, 2006, I placed in a sealed envelope and served a true copy of the within

**NOTICE OF SUBSTITUTION OF ATTORNEY**

addressed as follows:

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| X | **BY MAIL:** I am readily familiar with my employer's practice for the collection and processing of mail. Under that practice envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| | **BY FACSIMILE:** I caused the within document to be delivered by facsimile transmission to the office of the addressee at the facsimile number shown above. |
| | **BY HAND DELIVERY:** I caused such envelopes to be delivered by hand to the office of the addressee. |
| | **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for the collection and processing of FedEx packages. Under that practice, packages would be deposited with FedEx that same day, with overnight (next business morning) delivery charges thereon fully prepaid, in the ordinary course of business. |
| X | **(Federal Courts Only)** I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 3, 2006, at Sacramento, California.

                                                                /s/ Marion W. Speed
                                                              **MARION W. SPEED**

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

NOTICE OF SUBSTITUTION OF ATTORNEY — -3- — CIV-02-0018 GEB JFM/GGH

Portlnd3-1549738.1 0099999-00006

PDF created with pdfFactory trial version www.pdffactory.com

*California Department of Toxic Substances Control v.*
*Estate of Herbert S. McDuffee, Jr., Deceased, et al., and Related Actions*

Case No. CIV-02-0018 GEB JFM/GGH

**SERVICE LIST**

Michael Scott Feeley
Latham and Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA  90071-2007

William Eric Hvidsten
Aerojet General Corporation
PO Box 13222
Sacramento, CA  95813-6000

Juan Martin Jayo
Pacific Gas and Electric Company Legal Counsel
Mail Code B30A
77 Beale Street
San Francisco, CA  94105-7442

Charles V. Kester
3539 Edison Avenue #6
Sacramento, CA  95821

Dorine R. Kohn
Poeschl Kohn and Epstein LLP
825 Washington Street, Suite 301
Oakland, CA  94607

Ravind Shankar
4080 73rd Street
Sacramento, CA  95820

Laurie Michelle Stone
Latham and Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007

Sharon L. Stone
PO Box 513
Vallejo, CA  94590

PDF created with pdfFactory trial version www.pdffactory.com