SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

LORI L. MAY
JONATHAN P. PORIER
Trial Attorneys
Environment & Natural Resources Division
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1978
FAX: (202) 514-8865

JOHN K. VINCENT
United States Attorney
Eastern District of California

YOSHINORI HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Defendant United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCE CONTROL,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHTON OIL CO., a California limited partnership, et al.,<br><br>    Defendants. | No: CIV. S-02-0018 GEB JFM<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER APPROVING SUBSTITUTION OF ATTORNEY** |

Please take notice that Defendant United States of America hereby substitutes Jonathan P. Porier, a Trial Attorney with the United States Department of Justice, Environment and Natural Resources Division, as attorney of record in the place and stead of the previous counsel, Lori L. May, in accordance with Local Rules 83-182(g) and 83-180(b)(1).

---

**NOTICE OF SUBSTITUTION OF ATTORNEY; ORDER APPROVING SUBSTITUTION OF ATTORNEY** -1-

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>Environment and Natural Resources Division |

I consent to the above substitution.

Dated June____, 2006

_____
LORI L. MAY
Trial Attorney

I accept the above substitution.

Dated June____, 2006

_____
JONATHAN P. PORIER
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C.  20026-3986
(202) 514-1978
FAX (202) 514-8865

JOHN K. VINCENT
United States Attorney

YOSHINORI HIMEL
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Defendant United States

**IT IS SO ORDERED.**

Dated:  July 5, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

**NOTICE OF SUBSTITUTION OF ATTORNEY; ORDER APPROVING SUBSTITUTION OF ATTORNEY**