IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

    Plaintiff,                      CIV-S-02-0018 GEB/JFM/GGH

    vs.

BRIGHTON OIL COMPANY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        All parties previously participating in the settlement process order shall pay the supplemental assessment of $15,111.00 within two weeks of the date on which they are electronically served with this order. Any party not making payment by such date shall explain to the court on or before the due date in writing why the payment will, or has been, delayed.

DATED: 9/7/06

                                  /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
brighton.ord