1 | DOWNEY BRAND LLP
ROBERT P. SORAN (BAR NO. 169577)
2 | 555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
3 | Telephone: (916) 444-1000
Facsimile: (916) 444-2100
4 |
Attorneys for Third-Party Defendant
5 | EXXON MOBIL CORPORATION

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

Case No.  CIV-S-02-0018 GEB JFM

12 | Plaintiff,

**SUBSTITUTION OF COUNSEL FOR EXXON MOBIL;        ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

13 | v.

14 | BRIGHTON OIL COMPANY, et al.,,

15 | Defendants.

16

17 | AND RELATED CROSS AND COUNTER-CLAIMS.

18

19 |          PLEASE TAKE NOTICE that pursuant to Eastern District Local Rule 83-182(g), Third-

20 | Party Defendant EXXON MOBIL CORPORATION hereby substitutes Lawrence A. Wengel,

21 | Esq., with the law firm of GREVE CLIFFORD WENGEL & PARAS, 2870 Gateway Oaks,

22 | Suite 210, Sacramento, California, telephone number (916) 441-7457,

23 | lwengel@greveclifford.com, as its counsel in place and stead of DOWNEY BRAND LLP.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1

1    I authorize the above substitution:

2    DATED:   February ____, 2007.      EXXON MOBIL CORPORATION

3

4

5                                 /s/
                        By  _____

6                                   Mark A. Zuschek
                                  [Title] _____

7    I consent to the above substitution.

8    DATED:   February _____, 2007      DOWNEY BRAND LLP

9

10                                 /s/
                       By  _____

11                                   ROBERT P. SORAN
                                  Attorneys for Third-Party Defendant
                                  EXXON MOBIL CORPORATION

12

13    I accept the above substitution:

14    DATED:   February ____, 2007.      GREVE CLIFFORD WENGEL & PARAS

15

16                                 /s/
                       By  _____

17                                   LAWRENCE A. WENGEL
                                  Attorneys for Third-Party Defendant

18                                   EXXON MOBIL CORPORATION

19    **IT IS SO ORDERED.**

20

21        *Dec. 21, 2007*

22                                   **GREGORY G. HOLLOWS**

23

24

25

26

27

28