IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

    Plaintiff,                              CIV-S-02-0018 GEB/JFM/GGH

    vs.

BRIGHTON OIL COMPANY, et al.,

    Defendants.                          <u>ORDER</u>

_____/

        The undersigned has been informed that Sharon Stone and Charles Kester have defaulted in payment of the sums due under the settlement process order.  Payment shall be made forthwith absent a motion demonstrating inability to pay.

        The court has grown weary of sending out dunning notices as if it were a collection agency.  Absent immediate payment or excusal therefrom, defaulting parties face the prospect of sanctions and the revocation of any vote in determining the clean-up activities on the properties at issue.

DATED: 3/21/07                          /s/ Gregory G. Hollows

                                                _____
                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:gh:035 - brighton.pyt

1