IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

      Plaintiff,                        CIV-S-02-0018 GEB GGH

    vs.

BRIGHTON OIL COMPANY, et al.,

      Defendants.                  ORDER

_____/

        After meeting with representatives of plaintiff, DTSC, the court has determined that an omnibus final settlement conference in the case is premature. Therefore, except as directed below, the omnibus settlement conference is canceled.

        However, counsel for all defendant parties (includes cross and third party defendants) shall meet as scheduled on Monday, February 25, 2008, at 10:00 a.m. for a less time consuming status of settlement meeting. The undersigned will explain that although DTSC believes important modifications to the FS/RAP must be made, DTSC also believes that in all likelihood, the required information can be obtained, derived or extrapolated from the investigation(s) et al. already performed. Despite the present non-inclusion of what DTSC believes is mandatory supplementation, DTSC also believes that the end point before DTSC

1  initial approval of the FS/RAP (prior to public hearings) is near.  This is not to say that the
2  modifications, some of which involve contingent and presently unknowable events, may not have
3  significant cost implications and/or may not insert complexities in the settlement process.
4  Therefore, the status hearing will also focus on the cost of doing such and who shall perform the
5  tasks, if at all.  Discussion will also be had on why an omnibus hearing was scheduled in the first
6  place.

7  DATED: 02/21/08                              /s/ Gregory G. Hollows
                                                _____
8                                               GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE
9  GGH:gh:035
   brighton.settvac