1  JEFFORY J. SCHARFF, State Bar No. 137620
2  MARK R. WETTERS, State Bar No. 215767
   SCHARFF, BRADY & VINDING
3  400 Capitol Mall, Suite 2640
   Sacramento, California  95814
4  Telephone:     (916) 446-3400
   Facsimile:     (916) 446-7159
5  jjslaw@scharff.us

6  Attorneys for defendant Mid-Valley Development, Inc.

7

8                    UNTIED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12

| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) | No.: CIV.-S-02-0018 GEB JFM |
|---|---|---|
|     Plaintiffs, | ) ) ) | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| v. | ) ) | |
| BRIGHTON OIL CO., et al., | ) ) | |
|     Defendants. | ) ) | |
| AND RELATED CROSS-ACTIONS | ) ) ) | |

22         Pursuant to Eastern District Local Rule 83-182, defendant, MID-VALLEY
23  DEVELOPMENT, INC. makes the following substitution of attorneys:
24
25  / / /
26  / / /
27  / / /
28  / / /

Substitution of Attorneys and Order                                              - 1 -

| | | |
|---|---|---|
| Former attorneys: | Jeffory J. Scharff, Esq. (SBN: 137620) | |
| | Mark R. Wetters, Esq. (SBN: 215767) | |
| | LAW OFFICES OF JEFFORY J. SCHARFF | |
| | 2625 Fair Oaks Boulevard, Suite 7 | |
| | Sacramento, CA 95864 | |
| | Tel: (916) 485-5882 | |
| | Fax: (916) 485-5912 | |
| | Email: jjslaw@scharff.us | |
| New attorneys: | Jeffory J. Scharff, Esq. (SBN: 137620) | |
| | Mark R. Wetters, Esq. (SBN: 215767) | |
| | SCHARFF, BRADY & VINDING | |
| | 400 Capitol Mall, Suite 2640 | |
| | Sacramento, CA 95814 | |
| | Tel: (916) 446-3400 | |
| | Fax: (916) 446-7159 | |
| | Email: sbv-law@scharff.us | |

Consent to and acceptance of this submission are set forth below.

I consent to this substitution.

Dated: July 16, 2008                                         / / /

                                                             MID-VALLEY DEVELOPMENT, INC.

I consent to this substitution.                              By:   /s/ Robert Smith
                                                                      ROBERT SMITH
Dated: July 17, 2008

                                                             LAW OFFICES OF JEFFORY J.
                                                             SCHARFF

I accept to this substitution.
                                                             By:   /s/ Jeffory J. Scharff
Dated: July 17, 2008                                               JEFFORY J. SCHARFF


                                                             SCHARFF, BRADY & VINDING

By: /s/ Jeffory J. Scharff
    JEFFORY J. SCHARFF

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: July 21, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge