IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF
TOXIC SUBSTANCES CONTROL,

      Plaintiff,           CIV-S-02-0018 GEB/JFM/GGH

   vs.

BRIGHTON OIL COMPANY, et al.,

      Defendants.        <u>ORDER</u>
_____/

        After meeting with DTSC and its attorneys on May 15, 2009, and believing that the May 29, 2009 settlement conference will be pivotal and may very possibly bring a conclusion to this long settlement saga, the undersigned modifies footnote one to its order of May 13, 2009 as follows:

The client, or an authorized-to-settle representative of a client entity other than its attorney, must be present the settlement conference, on May 29, 2009, unless the client is insured and its insurance representative will be present at the conference.

DATED: 05/18/09

                /s/ Gregory G. Hollows

                _____
                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

brighton.mod