1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  KEN ALEX, State Bar No. 111236
   Senior Assistant Attorney General
3  MARGARITA PADILLA, State Bar No. 99966
   Supervising Deputy Attorney General
4  JAMIE JEFFERSON, State Bar No. 197142
   SANDRA GOLDBERG, State Bar No. 138632
5  Deputy Attorneys General
    1515 Clay Street, 20th Floor
6   P.O. Box 70550
    Oakland, CA  94612-0550
7   Telephone:  (510) 622-2145
    Fax:  (510) 622-2270
8   E-mail: Sandra.Goldberg@doj.ca.gov
   *Attorneys for Plaintiff California Department*
9  *of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED, ET AL.,**<br><br>Defendants,<br><br>**AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY ACTIONS,** | CIV-S-02-0018 GEB JFM<br><br>**[Proposed] ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE**<br><br>Courtroom: 10<br>Judge: The Honorable Garland E. Burrell, Jr.<br>Trial Date: None<br>Action Filed: January 4, 2002 |

1   Plaintiff, Department of Toxic Substances Control ("DTSC" or "Plaintiff") filed a Request
2   to Lift Stay and Set Scheduling Conference. The parties who remain in this action after approval
3   of the Consent Decree on April 28, 2010 are: White Rock & Kilgore LLC, Sharon Stone, Charles
4   V. Kester, Gordon Turner Motors, Future Nissan, Keil Enterprises, Maita Oldsmobile and John L.
5   Sullivan Chevrolet, Inc. ("remaining parties").[1]

6   Upon consideration of the request, and for good cause shown,

7   IT IS HEREBY ORDERED that:

8   The stay of litigation in this matter is lifted;

9   The Plaintiff and the remaining parties shall participate in a status conference set for August
10  9, 2010, at 9:00 a.m., before Judge Burrell in Courtroom 10 of the above-entitled court;

11  The parties shall file a joint status conference statement addressing the relevant matters
12  identified in Local Rule 240(a) fourteen (14) days prior to the status conference.

13  IT IS SO ORDERED.

15  Dated: 5-20-10

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT COURT JUDGE

90148185.doc

---

[1] This assumes that the parties to the Consent Decree will comply with their obligations thereunder which have due dates in May and June 2010.

1