UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>              Plaintiff,<br><br>    vs.<br><br>BRIGHTON OIL CO., a California limited partnership; BRIGHTON-BENGAL OIL REFINING CO., a California corporation, et al.,<br><br>              Defendants. | Case No. CIV-S-02-0018 GEB/GGH<br><br>**ORDER FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE AGAINST NON-SETTLING PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2) AND THAT EACH PARTY BEAR ITS OWN ATTORNEYS' FEES AND COSTS** |
| AND RELATED COUNTERCLAIMS CROSS-CLAIMS, AND THIRD PARTY CLAIMS. | |

Having considered the Settling Parties' Motion for an Order for Dismissal of Claims Without Prejudice Against Non-Settling Parties Pursuant to Federal Rule of Civil Procedure 41(a)(2) and that Each Party Bear Its Own Attorneys' Fees and Costs,

///

///

1

1. The counterclaims, cross-complaints and third party complaints of Defendants ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED, CHRISTINE E. MCDUFFEE, MID-VALLEY DEVELOPMENT INC., WHITE ROCK & KILGORE, LLC, and RAVIND SHANKAR, AEROJET-GENERAL CORPORATION, CHEVRON CORPORATION, incorrectly sued as "CHEVRON CORP.", PACIFIC GAS & ELECTRIC COMPANY, R.L. NIELLO, INC., CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, SACRAMENTO MUNICIPAL UTILITY DISTRICT, TEXACO, INC., incorrectly sued as "TEXACO MARKETING & REFINING , INC.", TEICHERT,INC. and the THE UNITED STATES AIR FORCE, and Third Party Defendants ANDREWS ENTERPRISES, INC., ATLANTIC RICHFIELD COMPANY, CITY OF ROSEVILLE, ELLSWORTH HARROLD COMPANY, EXXON MOBIL CORPORATION, J.H. HART PROPERTIES, formerly known as F.B. HART COMPANY, NAVISTAR, INC., formerly known as INTERNATIONAL TRUCK AND ENGINE CORPORATION, PETROLEUM TANK LINE, SHELL OIL COMPANY, SUBURBAN MOTORS, INC., UNION OIL COMPANY OF CALIFORNIA, UNION PACIFIC RAILROAD COMPANY, a subsidiary of UNION PACIFIC CORPORATION, AND VALLEY LIVESTOCK TRANSPORTATION SERVICE, INC., (hereinafter collectively referred to as "Settling Parties") are dismissed without prejudice against the Non Settling Parties, GORDON TURNER MOTORS, FUTURE NISSAN, KEIL ENTERPRISES, MAITA OLDSMOBILE, SHARON L. STONE, CHARLES V. KESTER, DANIEL L. KESTER, PURITY OIL SALES, INC., a California Corporation, LAVERN GROOMS, and JOHN L. SULLIVAN CHEVROLET INC. (hereinafter referred to as the "Non-Settling Parties").

2. Each party will bear its own attorneys' fees and costs in this action and the Non-Settling Parties are barred from seeking attorneys' fees and costs against the Settling Parties.

IT IS SO ORDERED.

DATED: 6/8/10

GARLAND E. BURRELL, JR.
United States District Judge

[PROPOSED] ORDER FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE AGAINST NON-SETTLING PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2) AND THAT EACH PARTY BEAR ITS OWN ATTORNEYS' FEES AND COSTS