UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>  Plaintiff,<br><br>  vs.<br><br>BRIGHTON OIL CO., a California limited partnership; BRIGHTON-BENGAL OIL REFINING CO., a California corporation, et al.,<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIMS, COUNTER CLAIMS AND THIRD PARTY ACTIONS. | Case No. CIV-S-02-0018 GEB/GGH<br><br>**ORDER OF DISMISSAL OF THIRD AMENDED COMPLAINT, COUNTER-CLAIMS, CROSS-COMPLAINTS, AND THIRD PARTY COMPLAINTS BY PLAINTIFF DTSC AND OWNER/OPERATOR SETTLING PARTIES AND ARRANGER SETTLING PARTIES** |

Having considered the Stipulation for Order of Dismissal of Complaint, Counter-Claims, Cross-Complaints, and Third Party Complaints by Plaintiff California Department of Toxic Substances Control ("DTSC") and Owner/Operator Settling Parties and Arranger Settling Parties and good cause appearing,

///

1

ORDER OF DISMISSAL OF THIRD AMENDED COMPLAINT, COUNTER-CLAIMS, CROSS-COMPLAINTS, AND THIRD PARTY COMPLAINTS BY PLAINTIFF DTSC AND OWNER/OPERATOR SETTLING PARTIES AND ARRANGER SETTLING PARTIES

1. The Third Amended Complaint of DTSC against the Defendants AEROJET-GENERAL CORPORATION, CHEVRON CORPORATION, incorrectly sued as "CHEVRON CORP.", PACIFIC GAS & ELECTRIC COMPANY, R.L. NIELLO, INC., CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, SACRAMENTO MUNICIPAL UTILITY DISTRICT, TEXACO, INC., incorrectly sued as "TEXACO MARKETING & REFINING , INC.", TEICHERT,INC., the ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED and CHRISTINE E. MCDUFFEE, is dismissed with prejudice.  These parties will bear their own attorneys' fees and costs in this action and waive all claims against each other for any attorneys' fees and costs.

2. The counter-claims of the Arranger Settling Parties: AEROJET-GENERAL CORPORATION, CALIFORNIA DEPARTMENT OF TRANSPORTATION AND THE STATE OF CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA DEPARTMENT OF TRANSPORTATION (hereinafter collectively "CALTRANS"), CALIFORNIA HIGHWAY PATROL AND THE STATE OF CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL (hereinafter collectively "CHP"), CALIFORNIA DEPARTMENT OF GENERAL SERVICES AND THE STATE OF CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES (hereinafter collectively "GENERAL SERVICES"), CHEVRON CORPORATION, incorrectly sued as "CHEVRON CORP.", PACIFIC GAS & ELECTRIC COMPANY, R.L. NIELLO, INC., CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, SACRAMENTO MUNICIPAL UTILITY DISTRICT, TEXACO, INC., incorrectly sued as "TEXACO MARKETING & REFINING , INC.", TEICHERT,INC. and THE UNITED STATES AIR FORCE, and Third Party Defendants ANDREWS ENTERPRISES, INC., ATLANTIC RICHFIELD COMPANY, CITY OF ROSEVILLE, ELLSWORTH HARROLD COMPANY, EXXON MOBIL CORPORATION, J.H. HART PROPERTIES, formerly known as F.B. HART COMPANY, NAVISTAR, INC., formerly known as INTERNATIONAL TRUCK AND ENGINE CORPORATION, PETROLEUM TANK LINE, SHELL OIL

1  COMPANY, SUBURBAN MOTORS, INC., UNION OIL COMPANY OF CALIFORNIA,
2  UNION PACIFIC RAILROAD COMPANY, a subsidiary of UNION PACIFIC
3  CORPORATION, and VALLEY LIVESTOCK TRANSPORTATION SERVICE, INC., and
4  ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED AND CHRISTINE E. MCDUFFEE
5  against DTSC, are dismissed with prejudice.  These parties will bear their own attorneys' fees
6  and costs in this action and waive all claims against each other for any attorneys' fees and costs.
7        3.     The counter-claims, cross-complaints and third party complaints between the
8  Arranger Settling Parties: AEROJET-GENERAL CORPORATION, CALIFORNIA
9  DEPARTMENT OF TRANSPORTATION AND THE STATE OF CALIFORNIA ACTING BY
10 AND THROUGH THE CALIFORNIA DEPARTMENT OF TRANSPORTATION (hereinafter
11 collectively "CALTRANS"), CALIFORNIA HIGHWAY PATROL AND THE STATE OF
12 CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL
13 (hereinafter collectively "CHP"), CALIFORNIA DEPARTMENT OF GENERAL SERVICES
14 AND THE STATE OF CALIFORNIA ACTING BY AND THROUGH THE CALIFORNIA
15 DEPARTMENT OF GENERAL SERVICES (hereinafter collectively "GENERAL
16 SERVICES"), CHEVRON CORPORATION, incorrectly sued as "CHEVRON CORP.",
17 PACIFIC GAS & ELECTRIC COMPANY, R.L. NIELLO, INC., CITY OF SACRAMENTO,
18 COUNTY OF SACRAMENTO, SACRAMENTO MUNICIPAL UTILITY DISTRICT,
19 TEXACO, INC., incorrectly sued as "TEXACO MARKETING & REFINING , INC.",
20 TEICHERT,INC. and THE UNITED STATES AIR FORCE, and Third Party Defendants
21 ANDREWS ENTERPRISES, INC., ATLANTIC RICHFIELD COMPANY, CITY OF
22 ROSEVILLE, ELLSWORTH HARROLD COMPANY, EXXON MOBIL CORPORATION,
23 J.H. HART PROPERTIES, formerly known as F.B. HART COMPANY, NAVISTAR, INC.,
24 formerly known as INTERNATIONAL TRUCK AND ENGINE CORPORATION,
25 PETROLEUM TANK LINE, SHELL OIL COMPANY, SUBURBAN MOTORS, INC., UNION
26 OIL COMPANY OF CALIFORNIA, UNION PACIFIC RAILROAD COMPANY, a subsidiary
27 of UNION PACIFIC CORPORATION, and VALLEY LIVESTOCK TRANSPORTATION
28

1 SERVICE, INC., and the Owner/Operator Settling Parties: ESTATE OF HERBERT S.
2 MCDUFFEE, JR., DECEASED, CHRISTINE E. MCDUFFEE, MID-VALLEY
3 DEVELOPMENT INC., WHITE ROCK & KILGORE, LLC and RAVIND SHANKAR, are
4 dismissed with prejudice against each other.  These parties will bear their own attorneys' fees
5 and costs in this action and waive all claims against each other for any attorneys' fees and costs.
6
7      IT IS SO ORDERED.
8
9 DATED: 6/9/10
10                                     GARLAND E. BURRELL, JR.
                                    United States District Judge