IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) | |
| Plaintiff, | ) ) | 2:02-cv-0018-GEB-GGH |
| v. | ) ) | ORDER |
| ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED, et al., | ) ) ) | |
| Defendants. | ) ) | |

      Plaintiff filed a motion to amend its third amended complaint, in which it seeks to add four additional defendants who were not named in the third amended complaint. Plaintiff included with its motion a copy of the proposed fourth amended complaint. Plaintiff's motion is granted; and Plaintiff has ten (10) days leave from the date on which this order is filed to file the fourth amended complaint included with its motion.

      Further, since Plaintiff's motion is granted, the Status (Pretrial Scheduling) Conference set for August 9, 2010 is continued to December 13, 2010 at 9:00 a.m. The parties shall file a joint status report no later than fourteen (14) days prior to the Status Conference.

Dated:  July 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge