EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
KEN ALEX, State Bar No. 111236
Senior Assistant Attorney General
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
JAMIE JEFFERSON, State Bar No. 197142
SANDRA GOLDBERG, State Bar No. 138632
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2145
 Fax:  (510) 622-2270
 E-mail:  Sandra.Goldberg@doj.ca.gov
*Attorneys for Plaintiff California Department
of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>                              Plaintiff,<br><br>      v.<br><br>ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED, ET AL.,[1]<br><br>                              Defendants,<br><br>_____<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND/OR THIRD-PARTY ACTIONS. | CIV-S-02-0018 GEB GGH<br><br>**STIPULATION TO MODIFY CONSENT DECREE AND [Proposed] ORDER**<br><br>Courtroom:  10<br>Judge        The Hon. Garland E. Burrell, Jr.<br>Trial Date:   None<br>Action Filed:  January 4, 2002 |

---

[1] It is noted that the plaintiff's claims against the first named defendant in this action have been settled.

Plaintiff, California Department of Toxic Substances Control ("the Department") and defendant Mid Valley Development, Inc. ("Mid Valley") hereby stipulate and agree as follows:

The Consent Decree and [Proposed] Order in this matter that was filed on April 1, 2010 (Document 1102) and approved by the Court on April 28, 2010 (Document 1120) is modified as follows:

1. Paragraph 7.1(b) is modified to provide that Mid Valley shall pay $140,000 (One Hundred Forty Thousand Dollars) to the Department, consisting of an initial payment of $14,000 (Fourteen Thousand Dollars) to the Department due by June 5, 2010 (this payment has been made), and nine additional payments to the Department in the amount of $14,000 plus interest at the rate of 2% per year, due by the fifth day of the subsequent nine months. The required payment amounts are shown on Exhibit A in the column "Total Monthly Installment." Mid Valley may pay the entire balance at any time during the nine months.

2. If any of the payments required above are not received by the Department by the due date, the entire remaining balance shall be immediately due and payable, and the Department may pursue all available means for collecting the full balance at that time.

IT IS SO STIPULATED.

Dated: July 23, 2010                CALIFORNIA DEPARTMENT OF TOXIC
                                    SUBSTANCES CONTROL


                              By   /s/ Sandra Goldberg, Esq.
                                   EDMUND G. BROWN, JR.
                                   Attorney General of California
                                   MARGARITA PADILLA
                                   Supervising Deputy Attorney General
                                   SANDRA GOLDBERG
                                   Deputy Attorney General
                                   *Attorneys for California Department of Toxic Substances Control*

Dated: July 23, 2010                    MID VALLEY DEVELOPMENT, INC.

                                        By  /s/ Jeffory J. Scharff, Esq.
                                            JEFFORY J. SCHARFF
                                            SCHARFF, BRADY & VINDING
                                            *Attorneys for Mid Valley Development, Inc.*

IT IS SO ORDERED.

Dated: 7/23/10

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge