EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
SANDRA GOLDBERG, State Bar No. 138632
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2145
 E-mail:  Sandra.Goldberg@doj.ca.gov
*Attorneys for Plaintiff California Department
of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHARLES V. KESTER, ET AL.,**<br><br>　　　　　　　　　　　　　　Defendants,<br><br>**AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND/OR THIRD-PARTY ACTIONS.** | CIV-S-02-0018 GEB-GHH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GORDON TURNER MOTORS TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br>Judge:　　The Honorable Garland E.<br>　　　　　　　Burrell, Jr.<br><br>Trial Date:　　None<br>Action Filed:　January 4, 2002 |

　　　　Plaintiff, California Department of Toxic Substances Control and defendant Gordon Turner

Motors ("Turner Motors") hereby stipulate and agree that Turner Motors shall have until

1

September 24, 2010 to file its response to the Fourth Amended Complaint filed on July 22, 2010 (Document 1145).

IT IS SO STIPULATED.

Dated:  August 10, 2010               CALIFORNIA DEPARTMENT OF TOXIC
                                      SUBSTANCES CONTROL:


                                       /s/ Sandra Goldberg, Esq.
                                      SANDRA GOLDBERG
                                      Deputy Attorney General
                                      *Attorneys for California
                                      Department of Toxics Substance Control*


Dated:  August 10, 2010               GORDON TURNER MOTORS, INC:


                                       /s/ John A. Britton
                                      JOHN A. BRITTON
                                      WRIGHT & BRITTON
                                      *Attorney for Gordon Turner Motors, Inc.*


IT IS SO ORDERED.

Dated: August 10, 2010                _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge