EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
SANDRA GOLDBERG, State Bar No. 138632
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2145
 E-mail:  Sandra.Goldberg@doj.ca.gov
*Attorneys for Plaintiff California Department
of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES V. KESTER, ET AL.,**<br><br>Defendants,<br><br>**AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND/OR THIRD-PARTY ACTIONS.** | CIV-S-02-0018 GEB-GHH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ANSWERS TO FOURTH AMENDED COMPLAINT**<br><br>Judge:  The Honorable Garland E. Burrell, Jr.<br><br>Trial Date:   None<br>Action Filed: January 4, 2002 |

Plaintiff, California Department of Toxic Substances Control and defendants White Rock & Kilgore, LLC ("White Rock"), Ravind Shankar ("Shankar"), Charles V. Kester ("Kester"), Kilgore & White Rock, LLC ("Kilgore") and Mid Valley Development, Inc. ("Mid Valley") hereby stipulate and agree as follows:

1

1. The claims against White Rock, Shankar and Mid Valley in this action were settled by the Consent Decree approved on April 28, 2010 (Document 1120).  Accordingly, White Rock, Shankar and Mid Valley are not required to file an Answer to the Fourth Amended Complaint filed on July 22, 2010 (Document 1145).  White Rock, Shankar and Mid Valley are named as defendants in the Fouth Amended Complaint only because they have continuing obligations under the Consent Decree and the Court has jurisdiction to enforce the Consent Decree.  In light of the Consent Decree, White Rock, Shankar and Mid Valley are not required to participate in status conferences or other future proceedings that are based on the Fourth Amended Complaint.

2. Kester shall file its response to the Fourth Amended Complaint by September 24, 2010.

IT IS SO STIPULATED.

Dated:  August  20, 2010                             CALIFORNIA DEPARTMENT OF TOXIC
                                                     SUBSTANCES CONTROL:

                                                     /s/ Sandra Goldberg, Esq._____
                                                     SANDRA GOLDBERG
                                                     Deputy Attorney General
                                                     *Attorneys for CaliforniaDepartment of
                                                     Toxics Substance Control*

Dated:  August 20, 2010                              WHITE ROCK & KILGORE, LLC:

                                                     /s/ Robert Craig Iseley, Esq._____
                                                     ROBERT CRAIG ISELEY
                                                     *Attorney for White Rock & Kilgore, LLC*

Dated:  August 20, 2010                              KILGORE & WHITE ROCK, LLC:

                                                     /s/ Robert Craig Iseley, Esq._____
                                                     ROBERT CRAIG ISELEY
                                                     *Attorney for Kilgore & White Rock, LLC*

Dated:  August 20, 2010                              RAVIND SHANKAR

                                                     /s/ Ravind Shankar_____

1

Dated: August 20, 2010                                   CHARLES V. KESTER

2
                                                          /s/ Charles V. Kester_____
3

4

Dated: August 20, 2010                                   MID VALLEY DEVELOPMENT, INC.

5

6
                                                          /s/ Jeffory J. Scharff, Esq._____
                                                          JEFFORY J. SCHARFF
7                                   `                     SCHARFF, BRADY & VINDING
8                                                         *Attorneys for Mid Valley Development, Inc.*

9
IT IS SO ORDERED.

10
Dated: 8/20/10

11

12                                                        _____
                                                          GARLAND E. BURRELL, JR.
                                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3