EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARGARITA PADILLA, State Bar No. 99966
Supervising Deputy Attorney General
SANDRA GOLDBERG, State Bar No. 138632
Deputy Attorney General
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2145
 E-mail:  Sandra.Goldberg@doj.ca.gov
*Attorneys for Plaintiff California Department
of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLES V. KESTER, ET AL.,**<br><br>Defendants,<br>_____<br><br>**AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND/OR THIRD-PARTY ACTIONS.** | CIV-S-02-0018 GEB-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SECOND AND THIRD CAUSES OF ACTION AND [PROPOSED] ORDER**<br><br>Judge         The Honorable Garland E. Burrell, Jr.<br><br>Trial Date:   None<br>Action Filed:   January 4, 2002 |

   Plaintiff, California Department of Toxic Substances Control ("DTSC") hereby requests dismissal of the Second Cause of Action (for Injunctive Relief under California Health and Safety Code Section 25358.3) and the Third Cause of Action (Abatement of a Public Nuisance) in DTSC's Fourth Amended Complaint (Document 1145, filed 7/22/2010) ("Fourth Amended Complaint").

   Pursuant to the April 2010 Consent Decree (see, Exhibit A to Declaration of Sandra Goldberg in Support of Plaintiff's Motion for Approval and Entry of Consent Decree, Document

1

# 1100, filed April 1, 2010), approved by the Court on April 28, 2010 (Document # 1120), DTSC has recovered funds that it will use to remediate the Brighton Oil Site (as defined in the Fourth Amended Complaint at paragraphs 4 and 5).  Accordingly, DTSC will not seek relief from the remaining defendants under the Second and Third Causes of Action, which seek injunctive relief under state laws.

This dismissal has no affect on DTSC's First Cause of Action in the Fourth Amended Complaint which seeks recovery of past response costs and declaratory judgment on liability for future response costs under Sections 107 and 113(g)(2) of CERCLA, 42. U.S.C. §§ 9607 and 9613(g)(2).  Further, this dismissal also has no effect on the Counterclaims filed by defendants John L. Sullivan Chevrolet, Inc. and Gordon Turner Motors seeking contribution and apportionment under Section 113 of CERLCA.  (Answer and Counterclaim to Fourth Amended Complaint By Defendants John L. Sullivan Chevrolet, Inc. and Gordon Turner Motors, Documents ## 1163 and 1164, filed September 22, 2010).

Dated:  October 5, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
MARGARITA PADILLA
Supervising Deputy Attorney General

/s/ Sandra Goldberg, Esq.

SANDRA GOLDBERG
Deputy Attorney General
*Attorneys for Plaintiff California Department of Toxics Substance Control*

Plaintiff's Second and Third Causes of Action in the Fourth Amended Complaint are hereby dismissed.

IT IS SO ORDERED.

10/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

2