IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC )
SUBSTANCES CONTROL,            )    2:02-cv-00018-GEB-GGH
                               )
         Plaintiff,            )
                               )    ORDER DISMISSING CHARLES V.
     v.                        )    KESTER WITHOUT PREJUDICE
                               )
CHARLES V. KESTER, MID VALLEY  )
DEVELOPMENT, INC., RAVIND      )
SHANKAR, WHITE ROCK & KILGORE, )
LLC, SHARON STONE, KILGORE &   )
WHITE ROCK, LLC, GORDON TURNER )
MOTORS, JOHN L. SULLIVAN       )
CHEVROLET, INC., and MAITA     )
CHEVROLET GEO;                 )
                               )
         Defendants*           )
_____)

On June 21, 2011, Plaintiff, the California Department of Toxic Substances Control, moved to dismiss Charles V. Kester without prejudice under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 1232.) This motion is GRANTED.

Dated:  July 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

*  The caption has been amended according to the voluntary dismissal of Keil Enterprises, Inc. on June 21, 2011. (ECF No. 1230.)

1