IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>Plaintiff,<br><br>v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO;<br><br>Defendants*<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS | 2:02-cv-00018-GEB-GGH<br><br>ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS** |

On July 25, 2011, Defendant/Counter-Claimant Maita Chevrolet Geo, Inc. ("Maita") moved for dismissal "with prejudice [of] all Maita's counterclaims in this matter" under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 1238.)  This motion is GRANTED.

Dated:  July 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

\*    The caption has been amended according to the Order filed on July 21, 2011, dismissing Charles V. Kester. (ECF No. 1237.)

\*\*    This matter is deemed suitable for decision without oral argument.  E.D. Cal. R. 230(g).

1