IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>    Plaintiff,<br><br>    v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO;<br><br>    Defendants<br>_____<br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS<br>_____ | 2:02-cv-00018-GEB-GGH<br><br>ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS[*] |

        On July 26, 2011, Defendant/Counter-Claimant Gordon Turner Motors ("Turner") moved for "an order dismissing with prejudice all of TURNER's counterclaims in this matter" under Federal Rule of Civil Procedure 41(a)(2). (ECF No. 1244.) This motion is GRANTED.

Dated:  July 29, 2011

                                      /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge

---

    [*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1