IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>  Plaintiff,<br><br>  v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO,<br><br>  Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS<br>_____ | 2:02-cv-00018-GEB-GGH<br><br><u>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

      An Order to Show Cause ("OSC") was filed on March 29, 2012, in response to the parties' failure to timely file a joint status report, to which counsel for Plaintiff and Defendant Kilgore & White Rock, LLC responded. <u>See</u> ECF Nos. 1251-54, 1256. Although the parties' responses reveal each counsel could be sanctioned, I will not impose a sanction this time. Therefore, Kilgore & White Rock, LLC's request for a hearing is unnecessary, and no hearing is scheduled.

      Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on May 21, 2012, is continued to July 9, 2012 at 9:00 a.m.

1

A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties are required to explain whether the terms of the Consent Decrees approved by the Court have been satisfied, such that this case can be closed.

Dated:  April 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge