IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>        Plaintiff,<br><br>    v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS<br>_____ | 2:02-cv-00018-GEB-GGH<br><br><u>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

        An Order to Show Cause ("OSC") was filed on March 29, 2012, in response to the parties' failure to timely file a joint status report, to which counsel for Plaintiff and Defendant Kilgore & White Rock, LLC responded. <u>See</u> ECF Nos. 1251-54, 1256. Although the parties' responses reveal each counsel could be sanctioned, I will not impose a sanction this time. Therefore, Kilgore & White Rock, LLC's request for a hearing is unnecessary, and no hearing is scheduled.

        Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on May 21, 2012, is continued to July 9, 2012 at 9:00 a.m.

1  A further joint status report shall be filed no later than fourteen (14)
2  days prior to the Status Conference, in which the parties are required
3  to explain whether the terms of the Consent Decrees approved by the
4  Court have been satisfied, such that this case can be closed.

Dated:  April 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge