IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>        Plaintiff,<br><br>    v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS<br>_____ | 2:02-cv-00018-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on July 9, 2012, is continued to September 17, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties are required to explain whether the terms of the Consent Decrees approved by the Court have been satisfied, such that this case can be closed. If the case cannot be closed, the parties are to address the

1 | future scheduling of any matters which the parties opine remain to be
2 | adjudicated.
3 |     IT IS SO ORDERED.
4 | Dated:  June 29, 2012

```
                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```