IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TOXIC     )
SUBSTANCES CONTROL,                )     2:02-cv-00018-GEB-GGH
                                   )
            Plaintiff,             )
                                   )     ORDER CONTINUING STATUS
      v.                           )     (PRETRIAL SCHEDULING)
                                   )     CONFERENCE
                                   )
MID VALLEY DEVELOPMENT, INC.,      )
RAVIND SHANKAR, WHITE ROCK &       )
KILGORE, LLC, SHARON STONE,        )
KILGORE & WHITE ROCK, LLC,         )
GORDON TURNER MOTORS, JOHN L.      )
SULLIVAN CHEVROLET, INC., and      )
MAITA CHEVROLET GEO,               )
                                   )
            Defendants.            )
_____)
                                   )
AND RELATED CROSS-CLAIMS,          )
COUNTERCLAIMS, and THIRD-PARTY     )
ACTIONS                            )
_____)

        The Status (Pretrial Scheduling) Conference scheduled for

hearing on December 10, 2012, is continued to June 24, 2013, at 9:00

a.m. A further joint status report shall be filed no later than fourteen

(14) days prior to the Status Conference, in which Plaintiff and

Defendant Kilgore & White Rock, LLC are required to address the status

of the environmental cleanup project referenced on page two of their

November 21, 2012 Joint Status Report and the status of completion of

the terms of the Consent Decree Regarding Parcel B (ECF No. 1227), which was approved by the Court on July 29, 2011.

      IT IS SO ORDERED.

Dated:  December 3, 2012

                                       
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge