UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MID VALLEY DEVELOPMENT, INC., RAVIND SHANKAR, WHITE ROCK & KILGORE, LLC, SHARON STONE, KILGORE & WHITE ROCK, LLC, GORDON TURNER MOTORS, JOHN L. SULLIVAN CHEVROLET, INC., and MAITA CHEVROLET GEO,<br><br>　　　　　Defendants. | No. 2:02-cv-00018-GEB-EFB<br><br>**ORDER** |
| AND RELATED CROSS-CLAIMS, COUNTERCLAIMS, and THIRD-PARTY ACTIONS | |

　　　　Today a purchase was made that requires my recusal in this action. Therefore, I am disqualifying myself as the judge to whom this case is assigned under 28 U.S.C. § 455. The clerk shall randomly reassign this case and make the appropriate adjustments.

Dated:　October 1, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1