KAMALA D. HARRIS
Attorney General of California
SUSAN S. FIERING, State Bar No. 121621
Supervising Deputy Attorney General
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2142
  Fax:  (510) 622-2270
  E-mail:  Susan.Fiering@doj.ca.gov
*Attorneys for Plaintiff*
*Department of Toxics Substance Control*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,**<br><br>Plaintiff,<br><br>v.<br><br>**ESTATE OF HERBERT S. MCDUFFEE, JR., DECEASED, ET AL.,**<br><br>Defendants,<br>_____<br>**AND RELATED CROSS-CLAIMS, COUNTERCLAIMS AND THIRD-PARTY ACTIONS.** | CIV-S-02-0018 TLN EFB<br><br>FINAL JUDGMENT PURSUANT TO RULE 58 OF THE FEDERAL RULES OF CIVIL PROCEDURE |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Stipulation re Entry of Final Judgment of plaintiff California Department of Toxic Substances Control ("Department) and defendants Kilgore & White Rock, LLC ("Kilgore") and Sharon Stone ("Stone") the Court hereby enters judgment in favor of the Department and against Kilgore in the amount of $210,000.   This Final Judgment is subject to section 10 of the Consent Decree ("Department's Reservation of Rights") filed on June 20, 2011 (Doc 1227) and approved by the Court on July 29, 2011 (Doc 1246).

IT IS SO ORDERED ADJUDGED AND DECREED:

Dated: May 20, 2014

_____
Troy L. Nunley
United States District Judge

2